UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PONTHIE HOLDINGS, L.L.C., Plaintiff | CIVIL ACTION NO. 1:19-CV-01007 |
| VERSUS | JUDGE SUMMERHAYS |
| FREEMAN HOLDINGS OF LOUISIANA, L.L.C., *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Ponthie Holdings's Motion to Remand (ECF No. 11) and Motion for Attorney's Fees and Costs (ECF No. 11) is DENIED.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 12th day of March, 2020.

ROBERT R. SUMMERHAYS, JUDGE
UNITED STATES DISTRICT COURT